## McMULLIN v. BRADLEY.

Court of Appeals of Kentucky.

(Decided Dec. 14, 1934.)

B. J. BETHURUM for movant.

WILLIAMS & DENNY, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## COMMONWEALTH LIFE INSURANCE COMPANY v. MORRIS.

Court of Appeals of Kentucky.

(Decided Dec. 20, 1934.)

J. D. MOCQUOT for movant.

W. A. BERRY and JOHN F. NICHOLSON, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## FRANCIS et al. v. COMBS.

Court of Appeals of Kentucky.

(Decided Dec. 21, 1934.)

D. G. BOLEYN for movant.

CLAUDE P. STEPHENS, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.